UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2006 JAN 19 A 11: 29

UNITED STATES OF AMERICA

v.                                            Case No. 3:05-cr-53-J-20MCR

KENNETH WILKES

_____/

### ORDER

The United States' Motion for Reduction of Sentence for Timely Notification of Intent to Plead Guilty (Doc. No. 385, filed January 18, 2006) is **GRANTED**.

**DONE AND ORDERED** at Jacksonville, Florida, this _19th_ day of January, 2006.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
D. Rodney Brown, Esq.
Clifton W. Wilson, Jr., Esq.
U.S. Probation